IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CORINA KERR, | § | |
| | § | |
| Plaintiff Below, | § | No. 436, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| DENNISA THOMPSON, | § | C.A. No. S18C-02-015 |
| STACEY SIMON, and | § | |
| SUSAN E. WOODWARD | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | | |

Submitted: November 14, 2018
Decided: November 29, 2018

## **O R D E R**

This 29th day of November, 2018, it appears to the Court that:

(1)    The appellant, Corina Kerr, filed this appeal from the Superior Court's orders of July 24, 2018, dismissing her civil complaint. Kerr's opening brief was due to be filed by October 8, 2018. When Kerr did not file the brief, the Chief Deputy Clerk issued a brief delinquency notice, dated October 11, 2018, advising Kerr that the brief must be filed within seven days. Kerr did not respond to the brief delinquency notice and did not file the opening brief.

(2)    On November 1, 2018, the Chief Deputy Clerk issued a notice, by certified mail, directing Kerr to show cause why the appeal should not be dismissed for failure to file the opening brief. The notice to show cause directed Kerr to respond

within ten days and advised her that if she did not respond, dismissal of the appeal would be deemed to be unopposed.

(3)  The Court has received the certified receipt that the notice to show cause was delivered on November 3, 2018. Kerr has not filed the opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 29(b) and 3(b)(2), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice